**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO.  3:19-CV-505-FDW-DCK**

| | | |
|---|---|---|
| **KESHA HUDDLESON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **DRIVEN BRANDS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

      **THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit*" (Document No. 5) filed by David L. Tkach, concerning David S. Shankman on November 14, 2019.  David S. Shankman seeks to appear as counsel *pro hac vice* for Defendant Driven Brands, Inc.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

      **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) is **GRANTED**.  David S. Shankman is hereby admitted *pro hac vice* to represent Defendant Driven Brands, Inc.

      **SO ORDERED**.

Signed: November 14, 2019

David C. Keesler
United States Magistrate Judge