# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-505-FDW-DCK

| | |
|---|---|
| KESHA HUDDLESON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DRIVEN BRANDS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) filed by David L. Tkach, concerning Mia A. Conza on November 14, 2019. Mia A. Conza seeks to appear as counsel *pro hac vice* for Defendant Driven Brands, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) is **GRANTED**. Mia A. Conza is hereby admitted *pro hac vice* to represent Defendant Driven Brands, Inc.

**SO ORDERED**.

Signed: November 14, 2019

David C. Keesler
United States Magistrate Judge