# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-505-FDW-DCK

| | |
|---|---|
| KESHA HUDDLESON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DRIVEN BRANDS, INC., ) <br> ) <br> Defendant. ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the status of the case. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

Following a request by Defendant's counsel pursuant to the "Case Management Order" (Document No. 10, pp. 4-5), the undersigned held an informal telephone conference on March 12, 2020. The focus of the call was Defendant's attempt to conduct Plaintiff's deposition on February 20, 2020, but also included some discussion of the current status of discovery in general.

In short, as addressed during the telephone conference, the undersigned finds that Plaintiff failed to appear at a properly noticed deposition without seeking appropriate leave of Court. Based on Plaintiff's failure, the undersigned will direct Plaintiff to file a Status Report including the following information: (1) confirmation that Plaintiff has reimbursed Defendant's counsel for travel expenses related to the deposition scheduled for February 20, 2020; (2) clarification of Plaintiff's medical condition and ability to travel; (3) a brief summary of the discovery requests Plaintiff has served; and (4) the parties' latest position on when, where, and how Plaintiff's deposition should be conducted.

**IT IS, THEREFORE, ORDERED** that Plaintiff shall file a Status Report, as directed herein, on or before **April 3, 2020**.

**SO ORDERED**.

Signed: March 12, 2020

David C. Keesler
United States Magistrate Judge